## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
## Eastern Division

Alton Logan
                Plaintiff,

v.                                        Case No.: 1:09−cv−05471
                                        Honorable Elaine E. Bucklo

Jon Burge, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 3, 2010:

    MINUTE entry before Honorable Elaine E. Bucklo:Defendant's motions to dismiss (37) and (70) count 2, for malicious prosecution, is granted. As plaintiff acknowledges, such a claim is not viable under controlling 7th Circuit law. Plaintiff is given until May 14, 2010 to respond to defendant's motion (70) to dismiss count 8, which alleges a claim for equal protection. Target date for ruling by mail set for 5/27/10. Defendant City's motion (73) for a one day extension of time to file reply in support of motion to bifurcate is granted.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.