# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5471 | **DATE** | 5/18/2010 |
| **CASE TITLE** | Logan vs. Burge, et al. | | |

**DOCKET ENTRY TEXT**

The City's motion (70) to dismiss is granted as to Count VIII; the request to modify Count I is denied. . Count II has already been dismissed.

■[ For further details see text below.]   Notices mailed by Judicial staff.

## STATEMENT

    The City filed a motion to dismiss portions of the amended complaint, namely, Count II (§ 1983 malicious prosecution), Count VIII (equal protection), and the portion of Count I relating to "fabricated false reports and other evidence," which the City contends sounds in malicious prosecution and not due process (Dkt. #70). Defendants Burge and Basile join in this motion (Dkt. #77). Count II has already been dismissed (Dkt. #76).

    Count VIII, *see* Am. Compl. ¶¶ 95-99, incorporates the first ninety-five paragraphs of the complaint by reference, but then provides the following express basis for plaintiff's equal protection claim:

> 97. Specifically, these Defendants actively participated in or personally caused misconduct in terms of torturing minority criminal suspects in a manner calculated to coerce confessions, suppressed or withheld evidence that minority criminal suspects were routinely tortured to obtain coerced confessions, and/or thwarted the investigation of said torture. Said misconduct was motivated by racial animus and constituted purposeful discrimination; it also affected minorities in a grossly disproportionate manner vis-a-vis similarly-situated Caucasian individuals. (*Id.* at ¶ 97.)

    The City contends plaintiff's equal protection claim fails because it is premised on torture and coerced confessions, and plaintiff does not allege that he was either tortured or that he provided a confession (coerced or otherwise). In response, plaintiff cites *Evans v. City of Chicago*, 04

**STATEMENT**

C 3570, 2006 WL 463041 (N.D. Ill. Jan. 6, 2006) and *Howard v. City of Chicago*, No. 03 C 8481, 2004 WL 2397281 (N.D. Ill. Oct. 25, 2004), suggesting that the plaintiffs in those cases made similar allegations to support equal protection claims, and that their claims survived. But, unlike the plaintiff in this case, the *Evans* and *Howard* plaintiffs did allege that their respective defendants attempted to coerce and/or actually coerced them into providing false and incriminating statements. *Evans*, 04 C 3570 (Am. Compl. Dkt. #70 ¶¶ 17, 67-70, 76-81); *Howard*, 2004 WL 2397281 at *1-3.

Accordingly, the City's motion to dismiss is granted as to Count VIII; the request to modify Count I is denied.