IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ALTON LOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 09 CV 5471 |
| v. | ) | |
| | ) | |
| JON BURGE, GEORGE BASILE, the | ) | Hon. Judge Bucklo, |
| CITY OF CHICAGO, and UNIDENTIFIED | ) | Presiding |
| EMPLOYEES OF THE CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION *IN LIMINE* NO. 9
TO BAR REFERENCE TO DEFENDANTS' ALLEGATIONS
<u>THAT MR. LOGAN OR HIS BROTHER THREATENED DEFENSE COUNSEL</u>**

Now Comes Plaintiff, ALTON LOGAN, by and through his attorneys LOEVY & LOEVY, and respectfully requests an Order barring any reference to allegations that Mr. Logan or his brother threatened defense counsel. In support of his Motion, Mr. Logan states as follows:

Defendants previously tried to dismiss this case by alleging that during an on the record deposition attended by seven attorneys and a court reporter that Mr. Logan supposedly made a signal that Mr. Shneur Nathan, one of Defendants' counsel, interpreted as a threat to kill, and that Mr. Logan's brother, Tony, made additional threats. Dckt. No. 135. Defendants' Motion was the subject of

1

extensive briefing, in which Mr. Logan vigorously disputed Defendants' allegations. Dckt. No. 148. Rather than rehash the back and forth, Mr. Logan attaches Defendants' Motion and his Response as Exhibits 1 and 2 for this Court's reference. In short, this Court denied that Motion. Dckt. No. 154.

Defendants have no basis to trot out their baseless allegations before the jury. The allegations are both irrelevant and extremely inflammatory, which is cause in itself to bar the allegations. Fed. R. Evid. 401, 402, 403, and 404(b).

Moreover, the allegations are also unfair. What really happened was that Defendants harassed Mr. Logan's brother to the point where it was becoming emotionally abusive. As this Court stated regarding the deposition where the threats were supposedly made, "[t]here was a prior deposition where I really did think that it was harassing … I understood why [Mr. Logan] got upset. It doesn't mean it was proper, but I understood why [Mr. Logan] would." Exhibit 3 at 19 (January 6, 2011 transcript of the status hearing before this Court); *see also id*. at 15 ("I looked at that one deposition when you people had the problems, and I don't want somebody just asking the same questions over again.") [1]

---

[1] Moreover, Tony Logan's was not the only deposition that Mr. Nathan harassed a third party witness. *See* Exhibit 4 at 125-27, 172-73 (Deposition of Donald White, dated September 17, 2010) (complaining that Mr. Nathan was disrespectful and redundant).

2

To be clear, neither Alton Logan nor his brother threatened anyone. But either way, this topic has no place at trial. Any reference to it should be barred.

WHEREFORE, Plaintiff respectfully requests an Order barring Defendants from referencing alleged threats made by Mr. Logan or his brother against defense counsel, or any other relief this Court deems appropriate.

Respectfully submitted,

_____
Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Michael Kanovitz
Russell Ainsworth
Tara Thompson
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

    I, Russell Ainsworth, an attorney, certify that on August 21, 2012, I served by electronic mail the attached Motion *in Limine* on all counsel of record.

                                          _____
                                          Russell Ainsworth