IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALTON LOGAN, | ) |
| | ) Case No. 09 CV 5471 |
| Plaintiff, | ) |
| | ) Hon. Judge Bucklo, |
| v. | ) Presiding |
| | ) |
| JON BURGE, et al. | ) Magistrate Judge Mason |
| | ) |
| Defendants. | ) JURY TRIAL DEMANDED |
| | ) |

**PLAINTIFF'S MOTION *IN LIMINE* NO. 18**
**to Bar Reference to Jurors as Tax Payers**

Now Comes Plaintiff, ALTON LOGAN, by his attorneys, LOEVY & LOEVY, and brings this Motion *in Limine* to bar Defendants from referring to jurors as tax payers. In support, Mr. Logan states as follows:

As the Seventh Circuit has confirmed, arguments that appeal to jurors' pecuniary interests as taxpayers are "of course" generally improper. See Moore ex rel. Estate of Grady v. Tujela, -- F.3d --, 2008 WL 4459180, at *5 (7th Cir. Oct. 6, 2008) (declaring the following argument improper: "The city is not a random amorphous entity. It's you. We're talking about tax dollars here."). All such argument should be barred.

WHEREFORE, Plaintiff respectfully requests an order barring all arguments appealing to jurors as taxpayers.

RESPECTFULLY SUBMITTED,

_____
Attorneys for the Plaintiff

Arthur Loevy
Jon Loevy
Michael Kanovitz
Russell Ainsworth
Tara Thompson
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

    I, Russell Ainsworth, an attorney, certify that on August 21, 2012, I served by electronic mail the attached Motion *in Limine* on all counsel of record.

_____
Russell Ainsworth