IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 09-cv-5471

ALTON LOGAN,

Plaintiff,

vs.

JON BURGE, GEORGE BASILE,
THE CITY OF CHICAGO, and
UNIDENTIFIED EMPLOYEES OF
THE CITY OF CHICAGO,

Defendant.

_____________________________________________/

DEPOSITION OF: Erich J. Speckin

DATE TAKEN: Monday, January 16, 2012

TIME: 10:00 a.m. - 1:33 p.m.

PLACE: Orange Legal, Office Suites Plus
950 South Pine Island Road, Suite A150
Plantation, Florida 33324

TAKEN BY: The Plaintiff

REPORTED BY: Barbara L. Kent, RMR, RPR, FPR, CSR
Court Reporter and Notary Public

EXHIBIT 1

**Q. And how long did you stay at Michigan State?**
A. Hmm, let's see; I would have gone there -- would have been, roughly, three and half years, plus or minus, six months, I think.
**Q. Did you obtain a degree from Michigan State?**
A. Yes, I did.
**Q. And what degree did you obtain?**
A. I have a bachelor of arts from the College of Natural Science, with a major in chemistry.
**Q. Then we have listed, two-year residency with Leonard Speckin; is that correct?**
A. That's correct.
**Q. Is that your father?**
A. Yes, it is.
**Q. And what kind of -- what's a two-year residency entail?**
A. As it relates to questioned documents, I assume you're asking?
**Q. Well, as it relates to the two-year residency that you performed?**
A. Right. In this CV, that would be the general examination of questioned documents. It focused primarily on handwriting identification for determination of authorship in signatures, hand printing, cursive writing, that sort of thing.

**relates to examining documents?**
A. He was trained in the Michigan State Police Laboratory, in their system, much like I was in his laboratory. His primary training supervisor was named Arthur Kubala. I can't tell you when he went in the lab, but he was old when I was a little kid, but I don't know exactly when he went in the laboratory system.
**Q. And when you say that your father was trained, much like you were, how do you know that?**
A. Because he told me it was the same. Obviously, it wasn't because I was there, it was information from my father.
**Q. When your father started training with the Michigan State Police, was he employed by them full-time?**
A. Yes.
**Q. I'm just doing the math, and you obtained your degree from Michigan State in 1995; right?**
A. That's correct.
**Q. And you got -- you were doing your residency from 1993 to 1995 with your father; correct?**
A. That's correct.
**Q. So were you still attending classes at Michigan State while you were doing your residency with your father?**
A. Yes.

**Q. Did you attend Michigan State at night, or how did that work?**

A. No. Typically my father would work around my schedule, so that I could take classes during the day. I don't believe I had -- I probably had one or two night classes, but most of them would try to be between 10:00 and 1:00, and then I would come and work late in the evenings.

My father was working, roughly, 10 or 12 hour days, every day. So he was very fairly flexible around my schedule. The last two years I had changed my degree from -- degree selection from physiology to chemistry, so it wasn't as intensive.

In other words, I had a lot of the prerequisites out of the way, and so on; but I had a lot of chemistry classes. But those were done, typically, in the middle of the day.

**Q. And you also had homework and assignments to complete during your being a student at Michigan State; is that right?**

A. Of course.

**Q. Were you working any other jobs while you were at Michigan State during the time that you were doing the two-year residency?**

A. I think -- well, I don't think I had any

jobs. I owned a bunch of real estate at the time, and I was running real estate, or rental properties that I owned. But it was my own, it wasn't -- it wasn't a job working for someone else.

**Q. What year were you born?**

A. 1972.

**Q. Where did you get these rental properties to run that you're referring in 1993 to 1995?**

A. Where did I get them?

**Q. Yes. Or how did you attain them?**

A. I don't believe my financial disclosure is part of what you're entitled to in discovery, as to what I was buying and how I was buying it in 1993.

I'm not going to answer financial questions like that. It's not subject to discovery in a deposition like this.

**Q. Well, how many properties did you have, sir?**

A. Again, that's not the subject of discovery. It's not applicable, what I had or what my assets are or were, is not subject to -- you're not entitled to that, in discovery.

**Q. Well, let me just explain why I think it's relevant, and then we'll go forward.**

**I'm trying to find out exact -- you know, you said you were doing the full-time residency with your**

**father, and I'm just trying to figure out how much time you had to spend to do a full-time residency with your father.**

**And thus far, I've identified that you're in school at Michigan State University during that time, and I guess I should ask you; during -- from 1993 to 1995, were you a full-time student at Michigan State?**

A. I believe for, maybe, one or two of the semesters, but I don't believe the majority of them, that I was classified as full-time.

**Q. Well, how many semesters were there where you were working for your father, as well as being in school at Michigan State?**

A. Probably -- well, it was probably two years, but I think one of them had -- it was on a trimester, and one them was on the semester; so maybe, I'm guessing -- because it was 20 years ago, but five. But I don't -- I mean, that's kind of taxing my memory back, it's strictly a guess. I don't know, positively.

**Q. All right. And when you say one of those was a trimester, what do you mean?**

A. Michigan State used to be set up on the trimester. In other words, three sections to a year. Not counting the summer, instead of two, like most universities are, and like Michigan State is now. I was

there during the transition, and believe one of the years of the residency with my father was on the trimester. But, again, you're asking for nearly 20 years ago; it's not something I committed to memory. I'm just guessing for you, as best I can. I don't know. I don't know.

**Q. So, of those five, either trimesters or semesters, how many of those were you attending school full-time, while you were working for your father?**

A. I don't know. I can guess and say half, but I don't know. I don't have any basis, really, other than just a guess.

**Q. Why did you go from being a full-time student to a part-time student at Michigan State?**

A. Because I changed my degree, and I didn't have as many classes to complete the degree. As I said earlier, when your -- when you change your degree from physiology to chemistry, most of the underlying classes, such as English, physics, those sorts of things, are taken care of.

So, most of them were chemistry classes that I needed, but you had to have prerequisites done before you could do the next class, so it took a while to get them all in. But it wasn't that I had 20 credits per semester or anything. It was the length of time for prerequisites and scheduling that dragged it out, but