IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ALTON LOGAN, | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 09 cv 5471 |
| v. | ) | |
| | ) | |
| JON BURGE, et al., | ) | Judge Elaine Bucklo |
| | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

**AGREED STATEMENT OF THE CASE**

The Plaintiff, Alton Logan, has brought this civil action against former Chicago Police Officers Jon Burge, Thomas McKenna, John Basille, and Anthony Katalinic.

In this lawsuit, the Plaintiff alleges that he was wrongfully convicted and imprisoned for 26 years for a crime he did not commit. Plaintiff further alleges the Defendant Officers violated his constitutional rights in a manner that caused Plaintiff's wrongful imprisonment by withholding information that would have been helpful to his criminal defense, and he contends that his 26 years of wrongful incarceration constituted a substantial injury.

The Defendants deny that Plaintiff was wrongfully convicted, and deny that they committed any wrongdoing.